UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

KHANH DUY PHAM,

               Petitioner,

v.                                                                No.  6:26-CV-00088-H

WARDEN, EDEN DETENTION
CENTER,

               Respondent.

## <u>ORDER</u>

Petitioner Khanh Duy Pham, a self-represented immigrant detainee and citizen of Vietnam, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his prolonged detention in the Eden Detention Center pending his removal.  He seeks release from detention.

Respondent filed a response along with relevant records, urging the Court to deny the petition.  Dkt. Nos. 8, 9.  Respondent argues that Petitioner's continued detention is permissible because there is a significant likelihood of Petitioner's removal to Vietnam in the reasonably foreseeable future.  Moreover, Respondent suggests that Petitioner's removal is imminent and that it expects to receive travel documents very soon.  Petitioner did not reply.  The Court has reviewed Petitioner's pleadings and Respondent's response with the attached records.

Based upon the facts and the law set forth in Respondent's response and supported by the relevant records, the Court finds that Petitioner is not entitled to federal habeas relief. Alternatively, the Court finds that Petitioner's claims are moot because the online detainee locator system maintained by the United States Immigration and Customs Enforcement

(ICE) indicates that Petitioner is no longer in ICE custody.[1]  Thus, the petition appears subject to dismissal for lack of jurisdiction as moot.

So ordered.

The Court will enter judgment accordingly.

Dated June 18, 2026.

James Wesley Hendrix
United States District Judge

---

[1] https://locator.ice.gov/odls/#/results (last checked June 16, 2026).